**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**CASE NO.:  3:25-cv-03974-GC-TJB**

MORGAN HOWARTH,

        Plaintiff,

v.

ROCK BOTTOM LANDSCAPING AND
FENCE LIMITED LIABILITY COMPANY

        Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT**

Before the Court is Plaintiff MORGAN HOWARTH's Motion to Withdraw Motion for Default Judgment.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.** Plaintiff's Motion for Default Judgment (Docket Entry No. 8) is hereby **WITHDRAWN**.

                                            s/Tonianne J. Bongiovanni

                                        HONORABLE TONIANNE J. BONGIOVANNI
                                        UNITED STATES MAGISTRATE JUDGE
                                        8/15/2025

[Docket Entry No. 10 is terminated.]